NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1539

ABRAXIS BIOSCIENCE, INC.,

Plaintiff-Appellee,

v.

NAVINTA LLC,

Defendant-Appellant.

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-1251, Judge Joel A. Pisano.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Hospira, Inc. moves for leave to file a brief amicus curiae. Abraxis Bioscience, Inc. moves for leave to file an opposition out of time, with opposition attached. Abraxis moves for a 60-day extension of time, until February 22, 2010, to file its brief. Navinta LLC opposes. Abraxis replies. Navinta submits a surreply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Abraxis's motion for leave to file an opposition out of time is granted.

(2)     The motion for leave to file a brief amicus curiae is denied.

(3)     The motion for an extension of time is granted.

FOR THE COURT

JAN 0 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Richard de Bodo, Esq.
        Meredity Martin Addy, Esq.
        Michael P. Bauer, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK

2009-1539                                    2